No. 83–5877.   WEICHELL v. MASSACHUSETTS.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 83–5879.   WILLIAMS-EL v. YOUNG, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 83–5881.   BAGGETT v. ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 83–5883.   KEENAN v. ELO ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 83–5884.   HINES v. WORKERS' COMPENSATION APPEALS BOARD ET AL.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 83–5885.   CARROLL v. ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.

No. 83–5890.   WELLS v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 83–5893.   RUSHING v. STOCKER ET AL.   C. A. 10th Cir. Certiorari denied.

No. 83–5895.   WEBB v. PERINI, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION.   C. A. 6th Cir.   Certiorari denied.

No. 83–5898.   WOODRUFF v. ILLINOIS.   App. Ct. Ill., 4th Dist. Certiorari denied.

No. 83–5900.   HINTON v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 83–5906.   HOLLIN v. SOWDERS, SUPERINTENDENT, KENTUCKY STATE REFORMATORY.   C. A. 6th Cir.   Certiorari denied.

No. 83–5910.   CAYLOR v. MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 83–5916.   PRICE ET AL. v. COHEN, SECRETARY OF PUBLIC WELFARE OF PENNSYLVANIA, ET AL.   C. A. 3d Cir.   Certiorari denied.